Timothy M. McCarthy (PA Bar ID #319308)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
(267) 319-7802

Carla D. Macaluso (NJ Bar ID #18141996)
Linda J. Posluszny (NJ Bar ID #033212008)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT THERMO FISHER SCIENTIFIC INC.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK GALGON, | Case No. 5:20-cv-05565-JFL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THERMO FISHER SCIENTIFIC INC. | |
| Defendant. | |

It is hereby stipulated and agreed by and between Plaintiff Patrick Galgon ("Plaintiff") and Defendant Thermo Fisher Scientific Inc. ("Defendant") through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs or attorneys' fees.

BARRON LAW
88 North Franklin Street
Wilkes Barre, PA 18701
(570) 824-3088
Attorneys for Plaintiff

By: s/ George R. Barron
    George R. Barron

Dated: May 10, 2021

JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
Attorneys for Defendant

By: s/ Carla D. Macaluso
    Carla D. Macaluso
    Linda J. Posluszny

Dated: ~~May ___, 2021~~ June 16, 2021

4824-3498-6214, v. 1